IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| IN THE MATTER OF THE SEARCH OF:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 406-550-2387 | MJ 20-5156-M-KLD<br><br>ORDER |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Applications, Affidavits, and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to these documents and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 10th day of December, 2020.

Kathleen L. DeSoto
United States Magistrate Judge
Missoula, Montana